**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAROLD JENKINS, *et al.,* | Case No.  3:22-cv-0156-MMD-CLB |
| Plaintiffs, | **ORDER TO PAY FILING FEE OR FILE APLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | |
| KELLER WILLIAMS GROUP ONE, INC., *et al.,* | |
| Defendants. | |

On April 4, 2022, Plaintiffs submitted a complaint. (ECF No. 1-1). However, Plaintiffs have neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

IT IS, THEREFORE, HEREBY ORDERED that Plaintiffs shall either pay the filing fee in the amount of $402 or file an application to proceed *in forma pauperis* and file it with the Clerk of Court on or before **Friday, April 29, 2022**.  Failure to do so will result in a recommendation to the District Court to dismiss the complaint.

The Court will retain Plaintiffs' civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiffs timely file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

The Clerk shall SEND to Plaintiffs an application to proceed *in forma pauperis* by a non-inmate.

DATED:  April 6, 2022

_____
UNITED STATES MAGISTRATE JUDGE